CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING  
IN THIS OR ANY OTHER UNITED STATES COURT

MISC

FILED

JAN 1 2 2007

Civil Action No. 07-20  
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

    ☐ (a) relates to common property

    ☒ (b) involves common issues of fact

    ☒ (c) grows out of the same event or transaction

    ☐ (d) involves the validity or infringement of the same patent

    ☐ (e) is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: ☐

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): _____

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

    Please see attached list  In re Fannie Mae Securities Litig.,  v. _____  C.A.No. 04-1639 (RJL)

    January 12, 2007  
    DATE                            Signature of Plaintiff/Defendant (or counsel)

## NOTICE OF RELATED CASES

*In re Federal National Mortgage Association Securities, Derivative and ERISA Litigation*, MDL NO. 1668

*In re Fannie Mae Securities Litigation*, Consolidated Civil Action No.: 1:04-CV-01639 (RJL)

*In re Fannie Mae Derivative Litigation*, Consolidated Civil Action No.: 1:04-CV-01783 (RJL)

*In re Fannie Mae ERISA Litigation*, Consolidated Civil Action No.: 1:04-CV-01784 (RJL)

*Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, Case No. 1:06-CV-00082 (RJL)

*Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, Case No. 1:06-CV-00139 (RJL)

Dated: January 12, 2007

Respectfully submitted,

_____
Steven M. Salky (D.C. Bar No. 360175)
Eric Delinsky (D.C. Bar No. 460958)
Holly A. Pal (D.C. Bar No. 490737)
Miles Clark (D.C. Bar No. 489388)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1800 (telephone)
202-822-8106 (facsimile)

*Counsel for J. Timothy Howard*