IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES B. LOCKHART, III,<br>DIRECTOR, OFFICE OF<br>FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case Number: 1:07-ms-00020<br><br>    Hon. Richard J. Leon |

## NOTICE OF APPEARANCE

THE CLERK WILL PLEASE ENTER THE APPEARANCE of Carlotta P. Wells, as counsel for the Office of Federal Housing Enterprise Oversight in the above-captioned action.

All files, papers, and correspondence should be addressed to:

> Carlotta P. Wells
> Senior Trial Counsel
> Federal Programs Branch
> Civil Division - Room 7150
> U.S. Department of Justice
> 20 Massachusetts Ave., NW
> P.O. Box 883
> Washington, D.C. 20044
> phone: (202) 514-4522
> fax: (202) 616-8470
> email: carlotta.wells@usdoj.gov

Submitted: January 24, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

    /s/
ARTHUR R. GOLDBERG (D.C. Bar # 80661)
CARLOTTA WELLS
U.S. Department of Justice

Federal Programs Branch
20 Massachusetts Ave, N.W., Room 7150
Washington, D.C. 20530
(202) 514-4522

-2-