IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07-ms-00020 |
| ) | |
| JAMES B. LOCKHART, III, ) | Hon. Richard J. Leon |
| DIRECTOR, OFFICE OF ) | |
| FEDERAL HOUSING ) | |
| ENTERPRISE OVERSIGHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION TO REQUIRE OFHEO
TO PURSUE NOTICE OF CHARGES IN DISTRICT COURT**

The Office of Federal Housing Enterprise Oversight (OFHEO), by undersigned counsel, respectfully requests a 45-day extension of time to respond to plaintiff's Motion to Require OFHEO to Pursue Notice of Charges in District Court ("Motion to Require") filed in the above-captioned case. OFHEO's response is due to be filed on January 26, 2007, but for the reasons stated below, the agency is unable to respond on that date and requests an extension of time until March 12, 2007.

1. Plaintiff's motion, in effect, asserts a new cause of action against an agency of the federal government, for it seeks to compel the Court to order injunctive relief regarding OFHEO's exercise of authority under the Federal Housing Enterprises Safety and Soundness Act of 1992 (the Act), 12 U.S.C. § 4501, *et seq.*, and the implementing regulations, promulgated at 12 C.F.R. Part 1780. Indeed, even the caption of the Motion to Require denotes that, with respect to this matter, J. Timothy Howard is appearing as a "plaintiff" and that he has filed a claim for relief against the Director of OFHEO as "defendant."

2. Other than in the context of the instant motion, these two individuals have not appeared in such capacities in either this matter or any other pending litigation. Although OFHEO has appeared in the related *Fannie Mae Derivative Litigation*, Consolidated Civil Action No. 1:04-cv-01783

(RJL), as a third-party subpoena respondent, neither OFHEO nor any other government agency has entered an appearance as a party in that case. Therefore, in essence, plaintiff's "motion" initiates a new cause of action against the federal government. In cases where new civil actions are filed against a federal agency, the government normally has 60 days to file an answer or otherwise respond to a complaint. Fed. R. Civ. P. 12(a)(3)(A).

      3. Plaintiff's Motion to Require raises novel jurisdictional issues with respect to the Act. Further, one of plaintiff's co-defendants in the *Fannie Mae Derivative Litigation*, Franklin D. Raines, filed a petition for issuance of a writ of mandamus in the Court of Appeals for the District of Columbia on January 17, 2007 (No. 07-1011), which contends, as does plaintiff's "motion" here, that the District Court should be compelled to exercise jurisdiction over the administrative proceedings resulting from OFHEO's issuance of its Notice of Charges. Because both plaintiff and Mr. Raines seek the same relief and raise similar arguments, undersigned counsel must coordinate and consult with other offices within the Department of Justice in drafting a response to plaintiff's "motion." Such coordination not only cannot be accomplished by the current deadline for the government's response of January 26, 2007, but also requires ample time for review and discussion.

      4. OFHEO served a Notice of Charges against Mr. Howard on December 18, 2006. Although he does not claim surprise or otherwise offer an explanation for delay, plaintiff waited almost a month before filing the Motion to Require. Under the Act, a hearing "shall be fixed for a date not earlier than 30 days nor later than 60 days" after OFHEO serves the Notice of Charges. 12 U.S.C. § 4633(a)(2). The statutorily prescribed time for holding the administrative hearing only may be altered "at the request of the party served." *Id.* To date, in the administrative proceedings, Mr. Howard has filed discovery requests and has not requested that the hearing date be moved in order to allow this Court sufficient time to resolve the Motion to Require. Indeed, by filing the Motion to Require while at the same time moving forward in the administrative proceedings, plaintiff herein appears to be engaged in a deliberate effort to stymie an orderly and cohesive resolution of the forum

issue.

5. In addition, undersigned counsel first learned of this motion and the related derivative litigation on January 18, 2007. The requested extension also is necessary in light of a number of deadlines and commitments in several other cases and matters to which counsel is assigned.

6. Government counsel spoke with plaintiff's attorney, Eric Delinsky, on January 22, 2007. Mr. Delinsky advised the undersigned that plaintiff opposes this motion.

## CONCLUSION

For the foregoing reasons, the Court should grant the defendant's motion for an extension of time, to and including March 12, 2007, in which to file defendant's response to plaintiff's "motion."

Submitted: January 24, 2007                    Respectfully submitted,

                                               PETER D. KEISLER
                                               Assistant Attorney General

                                               JEFFREY A. TAYLOR
                                               United States Attorney

                                               _____/s/_____
                                               ARTHUR R. GOLDBERG (D.C. Bar # 80661)
                                               CARLOTTA WELLS
                                               U.S. Department of Justice
                                               Federal Programs Branch
                                               20 Massachusetts Ave, N.W., Room 7150
                                               Washington, D.C. 20530
                                               (202) 514-4522

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07-ms-00020 |
| ) | |
| JAMES B. LOCKHART, III, ) | Hon. Richard J. Leon |
| DIRECTOR, OFFICE OF ) | |
| FEDERAL HOUSING ) | |
| ENTERPRISE OVERSIGHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of defendant's Motion for Extension of Time to Respond to Plaintiff's Motion to Require OFHEO to Pursue Notice of Charges in District Court, it is hereby

ORDERED that the time for defendant to file a response to plaintiff's Motion is extended to and including March 12, 2007.

_____          _____
Date                                              RICHARD J. LEON
                                                     U.S. DISTRICT JUDGE