UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES B. LOCKHART III, ) <br> Director, Office of Federal ) <br> Housing Enterprise Oversight ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:07-ms-0020 (RJL) |

## J. TIMOTHY HOWARD'S OPPOSITION TO
## OFHEO'S MOTION FOR EXTENSION OF TIME TO RESPOND

OFHEO's request for a 45-day extension to respond to a motion that is less than nine-pages long is excessive. Mr. Howard's motion is based on the application of a two-sentence statutory provision and considerations of efficiency and fairness that are sufficiently clear for OFHEO to reduce its response to paper in less than 45 days. The motion does not, as OFHEO suggests, assert a new cause of action against OFHEO. To the contrary, it simply seeks to transfer OFHEO's own claims to this Court. Practically speaking, it is a mere removal petition. There is neither basis nor need for 45 extra days to respond.

If anything, the briefing on Mr. Howard's motion should be expedited, so this Court can decide the matter before the administrative hearing sought by OFHEO commences. As OFHEO points out in its request for more time, if OFHEO is to proceed administratively, it is required by statute to commence the hearing on its claims no later than 60 days after service of the Notice of Charges – that is, by February 16. *See* 12 U.S.C. § 4633(a)(2). Yet under the briefing schedule proposed by OFHEO, the agency would not file its response until mid-March. As this Court

knows from past experience, OFHEO is a master of delay and has made an art of seeking extensions as a method of accomplishing the substantive relief it seeks.[1]  Delay in the adjudication of Mr. Howard's motion could effectively result in the denial of the relief sought by the motion.  And while OFHEO argues that Mr. Howard should consent to an extension of the administrative hearing date to avoid this result, Mr. Howard should not be required to waive a statutory requirement simply because OFHEO cannot write a brief within a reasonable period of time.

OFHEO's response was due on January 23.  If additional time is necessary, a 10-day extension until February 2 is more than adequate.  To postpone the briefing any longer would be excessive, unnecessary, and unfair to Mr. Howard.  A proposed order to this effect is attached.[2]

Dated:  January 25, 2007                    Respectfully submitted,

/s/ Eric R. Delinsky
Steven M. Salky (D.C. Bar No. 360175)
Eric Delinsky (D.C. Bar No. 460958)
Miles Clark (D.C. Bar No. 489388)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1800 (telephone)
202-822-8106 (facsimile)

*Counsel for J. Timothy Howard*

---

[1]  In this regard, OFHEO also has sought a 45-day extension to respond to Mr. Howard's separate motion to join OFHEO as a necessary party, filed in *In re Fannie Mae Derivative Litigation*, No. 04-cv-01783 (RJL).  OFHEO does not even have the right to be heard on that motion and was served only as a courtesy.  *See* 7 Charles Allen Wright, Arthur R. Miller & Mary K. Kane, *Federal Practice and Procedure* § 1688 (3d ed. 2001).  While Mr. Howard understands that the Court may wish to hear from OFHEO on the joinder motion (and for that reason undersigned counsel provided a copy of the motion to OFHEO), it is not OFHEO's place as a non-party to attempt to grind consideration of that motion to a halt.

[2]  OFHEO's response was due on January 23, not January 26 as OFHEO states.  Mr. Howard hand-delivered the motion to OFHEO on January 12.  Its response was due 11 days from this date.  *See* LCvR 7(b).

- 3 -

**CERTIFICATE OF SERVICE**

    I certify that on this 25th day of January 2007, I filed the foregoing with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                      /s/ Miles Clark_____
                                      Miles Clark

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD,  )<br>  )<br>　　　Plaintiff,   )<br>  )<br>　　　v.   )<br>  )<br>JAMES B. LOCKHART III,   )<br>Director, Office of Federal   )<br>Housing Enterprise Oversight   )<br>  )<br>　　　Defendant.   )<br>  ) | Case No. 1:07-ms-0020 (RJL) |

**ORDER**

Upon consideration of OFHEO's Motion for Extension of Time to Respond to Mr. Howard's Motion to Require OFHEO to Pursue Notice of Charges in District Court and Mr. Howard's opposition thereto, it is this _____ day of _____ 2007, hereby

ORDERED that OFHEO's request for 45 additional days to respond to Mr. Howard's motion is DENIED, but a shorter extension of 10 days is GRANTED. OFHEO therefore shall file its response to Mr. Howard's motion on or before February 2, 2007.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Richard J. Leon
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　Counsel of Record