**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **J. TIMOTHY HOWARD,** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| **v.** ) | **Case No. 1:07-mc-0020 (RJL)** |
| ) | |
| **JAMES B. LOCKHART III**, ) | |
| Director, Office of Federal ) | |
| Housing Enterprise Oversight ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## J. TIMOTHY HOWARD'S MOTION FOR FEBRUARY 16 HEARING

J. Timothy Howard, through counsel, respectfully requests that the Court set a hearing for February 16, 2007, at 3:00 p.m. on his Motion to Require the Director of OFHEO to Pursue His Notice of Charges Against Mr. Howard in this Court ("Motion to Require") [Dkt. No. 1]. This date and time has been set by the Court for a hearing in a related case (*In re Fannie Mae Securities Litigation*, No. 04-cv-1639 (RJL)) involving Mr. Howard and OFHEO.

In support of this motion, Mr. Howard states as follows:

1. Mr. Howard filed his Motion to Require on January 12, 2007 and served OFHEO by hand-delivery the same date. OFHEO's opposition to Mr. Howard's motion was due on January 23, 2007. *See* LCvR 7(b). OFHEO did not file an opposition to Mr. Howard's motion by January 23, 2007. Instead, on January 25, 2007, OFHEO moved for a 45-day extension to respond to Mr. Howard's motion [Dkt. No. 5]. Mr. Howard has opposed that motion [Dkt. No. 6].

2.      As set forth in Mr. Howard's opposition to OFHEO's motion for an extension, the

briefing on Mr. Howard's Motion to Require should be expedited -- not delayed -- so this Court

can decide the matter before the administrative proceedings sought by OFHEO commence.  In

this regard, an administrative law judge now has been appointed to preside over the

administrative proceeding, and he has set a scheduling conference for February 7.  The Motion to

Require before this Court therefore is increasingly time-sensitive.

3.      This Court already has scheduled a hearing on February 16, 2007, at 3:00 p.m. in

*In re Fannie Mae Securities Litigation*, No. 04-cv-1639 (RJL), regarding OFHEO's subpoena

compliance in that litigation.  *See* January 26, 2007 Minute Order.  While OFHEO has moved to

reschedule the February 16, 2007 hearing in the securities litigation due to a personal scheduling

conflict of its counsel in that matter (Assistant United States Attorney John Truong), OFHEO is

represented by different counsel in this matter (Carlotta Wells from the Federal Programs Branch

of the Justice Department).  Accordingly, given that the Court already has reserved this time and

date for a hearing regarding OFHEO, Mr. Howard requests that the Motion to Require be heard

on February 16 in lieu of the subpoena compliance issues.

4.      Undersigned counsel has conferred with counsel for OFHEO, and she indicated

that OFHEO opposes the relief sought herein for the reasons stated in OFHEO's motion for an

extension of time.  Counsel for OFHEO did not object due to a scheduling conflict.

- 3 -

WHEREFORE, Mr. Howard requests that the Court conduct a hearing on February 16,

2007, at 3:00 p.m. on Mr. Howard's Motion to Require.  A proposed order is attached.

Dated:  February 2, 2007                    Respectfully submitted,

                                                /s/ Eric R. Delinsky
                                                Steven M. Salky (D.C. Bar No. 360175)
                                                Eric Delinsky (D.C. Bar No. 460958)
                                                Miles Clark (D.C. Bar No. 489388)
                                                ZUCKERMAN SPAEDER LLP
                                                1800 M Street, N.W.
                                                Washington, D.C. 20036
                                                202-778-1800 (telephone)
                                                202-822-8106 (facsimile)

                                                *Counsel for J. Timothy Howard*

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of February 2007, I filed the foregoing with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.


/s/ Miles Clark_____
Miles Clark

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **J. TIMOTHY HOWARD,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07-mc-0020 (RJL)** |
| | ) | |
| **JAMES B. LOCKHART III**, | ) | |
| Director, Office of Federal | ) | |
| Housing Enterprise Oversight | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of J. Timothy Howard's Motion for February 16 Hearing and

OFHEO's opposition thereto, it is this _____ day of February 2007, hereby

ORDERED that Mr. Howard's motion is GRANTED, and a motion hearing is set for

February 16, 2007 at 3:00 p.m. in Courtroom 18.

_____
The Honorable Richard J. Leon
United States District Judge

cc:    Counsel of Record