UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**J. TIMOTHY HOWARD,**              )
                                    )
       **Plaintiff**,              )
                                    )
       v.                         )   Case No. 1:07-ms-0020 (RJL)
                                    )
**JAMES B. LOCKHART III**,          )
Director, Office of Federal         )
Housing Enterprise Oversight        )
                                    )
       **Defendant.**              )
_____ )

## J. TIMOTHY HOWARD'S OPPOSITION TO OFHEO'S MOTION TO STRIKE

OFHEO seeks to strike portions of Mr. Howard's 9-page supplemental memorandum because, in its view, two portions of the submission exceed the scope of briefing permitted by the Court. We oppose OFHEO's motion. We read the Court's remarks about the scope of supplemental briefing as authorizing our pleading. The Court offered us "a chance to … be heard in the aftermath of the Court of Appeals" ruling (3/15/07 Hearing Tr. at 61), and we therefore believe that it was appropriate – indeed, necessary – to update the Court on new developments and arguments relating to this matter of which the Court had not been apprised.

In any event, in violation of the Local Rules of this Court, OFHEO failed to confer with undersigned counsel prior to filing its Motion to Strike. *See* Local Civil Rule 7(m). Had OFHEO simply contacted us and requested an opportunity to submit a response to the issues raised in our brief, we would have consented.

For these reasons, Mr. Howard respectfully requests that the Court deny OFHEO's Motion to Strike. A proposed order to this effect is attached.

Dated: May 18, 2007                                  Respectfully submitted,

/s/ Eric R. Delinsky
Steven M. Salky (D.C. Bar No. 360175)
Eric Delinsky (D.C. Bar No. 460958)
Miles Clark (D.C. Bar No. 489388)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1800 (telephone)
202-822-8106 (facsimile)

*Counsel for J. Timothy Howard*

**CERTIFICATE OF SERVICE**

    I certify that on this 18th day of May 2007, I filed the foregoing with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                        /s/ Eric R. Delinsky_____
                        Eric R. Delinsky

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **J. TIMOTHY HOWARD,** )<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>**JAMES B. LOCKHART III**, )<br>Director, Office of Federal )<br>Housing Enterprise Oversight )<br>)<br>**Defendant.** )<br>_____) | Case No. 1:07-mc-0020 (RJL) |

## ORDER

Upon consideration of OFHEO's Motion to Strike, In Part, Mr. Howard's Supplemental Memorandum and Mr. Howard's opposition thereto, it is this _____ day of _____ 2007, hereby

ORDERED that OFHEO's Motion to Strike is DENIED.

_____
The Honorable Richard J. Leon
United States District Judge

cc:   Counsel of Record

1317253.1