UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-ms-0020 (RJL) |
| ) | |
| JAMES B. LOCKHART III, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that J. Timothy Howard, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order denying Mr. Howard's motion to require the Director of OFHEO to pursue his Notice of Charges against Mr. Howard in this Court, entered in this action on June 13, 2007.

Dated: August 10, 2007

Respectfully submitted,

/s/ Steven M. Salky
Steven M. Salky (D.C. Bar No. 360175)
Eric Delinsky (D.C. Bar No. 460958)
Miles Clark (D.C. Bar No. 489388)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1800 (telephone)
202-822-8106 (facsimile)

*Counsel for J. Timothy Howard*

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of August 2007, I filed the foregoing Notice of Appeal with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Miles Clark_____
Miles Clark