# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5282**  **September Term 2007**

07ms00020

**Filed On:** April 22, 2008

J. Timothy Howard,

    Appellant

    v.

James B. Lockhart, III,

    Appellee

**BEFORE:**   Tatel, Brown and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the unopposed joint motion to remove oral argument from the court's calendar and for a 30-day abeyance, and appellant's motion to dismiss appeal as moot, it is

**ORDERED** that the motion to dismiss appeal as moot be granted.  It is

**FURTHER ORDERED** that the joint motion to remove oral argument from the court's calendar and for a 30-day abeyance be dismissed as moot.

The Clerk is directed to transmit a certified copy of this order to the District Court in lieu of formal mandate.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/Linda Jones
        Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk